1204

The LANDS COUNCIL;  Wild West Institute, Plaintiffs–Appellants,

v.

Ranotta McNAIR, Forest Supervisor for the Idaho Panhandle National Forests;  United States Forest Service, Defendants–Appellees,

Boundary County;  City of Bonners Ferry;  City of Moyie Springs;  Everhart Logging, Inc.;  Regehr Logging, Inc., Defendant–Intervenors–Appellees.

No. 07–35000.

United States Court of Appeals, Ninth Circuit.

Jan. 16, 2008.

Karen Lindholt, University Legal Assistance, Spokane, WA, for Plaintiffs–Appellants.

Deborah A. Ferguson, Esq., USBO–Office of the U.S. Attorney, Boise, ID, Thomas W. Swegle, Esq., U.S. Dept. of Justice Environment & Natural Resources Division, Washington, DC, for Defendants–Appellees.

Julie A. Weis, Esq., Haglund Kirtley Kelley Horngren & Jones, LLP, Scott W. Horngren, Esq., Haglund Kelley Horngren Jones & Wilder, Portland, OR, for Defendant–Intervenors–Appellees.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.